■ In the Matter of the Estate of JAY I. EVANS, Deceased. ERNEST M. HELIDES, JR., et al., Appellants; JAMES I. EVANS, JR., et al., Respondents.—Decree unanimously affirmed without costs for reasons stated at Erie County Surrogate's Court, Mattina, S. (Appeal from decree of Erie County Surrogate's Court, Mattina, S.—will construction.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ MARY L. SMITH, Appellant, v MARYLAND CASUALTY COMPANY, Respondent.—Judgment unanimously affirmed without costs. Memorandum: We affirm for reasons stated at Special Term, Rath, J. We add only that plaintiff failed to give timely notice of her intention to rely on statutes of the Province of Ontario by referring to them for the first time in a reply brief *(see,* CPLR 4511 [b]). (Appeal from judgment of Supreme Court, Erie County, Rath, J.—declaratory judgment.) Present —Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.

■ BRIAN ROMANCHICK, Respondent, v PAL POOLS, INC., et al, Defendants, and GEORGE HAVENS et al., Appellants.—Order unanimously affirmed without costs for reasons stated at Special Term, Wesley, J. (Appeals from order of Supreme Court, Monroe County, Wesley, J.—summary judgment.) Present—Doerr, J. P., Boomer, Pine, Balio and Davis, JJ.